FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -3 AM 11: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

UNITED STATES OF AMERICA,

    Respondent,

v.

MANDELL ARNOLD,

    Petitioner.

Case No.: 00-20169 D

---

### ORDER ON EX-PARTE PETITION FOR MODIFICATION OF SUPERVISED RELEASE

---

Before the court is Petitioner's motion for modification of supervised release. As cause for the motion, Petitioner states that he has successfully completed over one-year supervised release without an infraction. Petitioner asks the court to terminate supervision.

Upon review of the petition, the court finds that the Petitioner has not articulated cause for modification of supervised release. The Probation Department will monitor his supervised release and at such time as the factors have been met where supervision should be terminated, the Probation Department will *sua sponte* notify the court.

Accordingly, Petitioner's motion is DISMISSED and denied without prejudice.

**IT IS SO ORDERED** this ___2nd___ day of ___August___, 2005.

                          BERNICE BOUIE DONALD
                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:00-CR-20169 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT